United States District Court
Southern District of Texas
**ENTERED**
March 26, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | MJ ACTION NO. 2:24-MJ-00112 |
| § | |
| LUIS ROBERTO HUERTA-MARQUEZ, § | |
| JR. § | |

## MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). The following requires detention of the defendant pending trial in this case:

(1)   There is probable cause to believe the defendant committed an offense for which a maximum term of imprisonment of ten years or more is prescribed in 21 U.S.C. § 841(b)(1)(A); and

(2)   The defendant has not rebutted the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

The evidence against the defendant meets the probable cause standard. This is a serious drug trafficking case and the defendant has significant ties to Mexico. While the defendant does not have much criminal history, it appears he has been non-compliant with the terms of a protective order and has been released on bond for that misdemeanor offense.

Further, a warrant will likely be issued in the misdemeanor case for noncompliance with the terms of his bond. The findings and conclusions contained in the Pretrial Services Report are adopted. The defendant is ordered **DETAINED** pending trial. However, counsel for defendant may move to re-open the detention hearing if she is able to present a suitable release plan.

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED on March 26, 2024.

Jason B. Libby
United States Magistrate Judge